UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80064-RAR

**UNITED STATES OF AMERICA**,

vs.

**MATTHEW TASSIN**,

    Defendant.
_____/

**ORDER SETTING RESENTENCING**

**THIS CAUSE** is before the Court on the Order Granting Defendant's Motion to Vacate Under Section 2255 [ECF No. 54]. Defendant is hereby scheduled for a resentencing hearing on **June 9, 2020 at 10:00 AM**, consistent with the procedure set forth in *United States v. Phillips*, 225 F.3d 1198 (11th Cir. 2000). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties are instructed to either: (i) coordinate a teleconference with Defendant's institution or; (ii) by no later than **April 15, 2021**, notify the Court that they wish to have Defendant transported to Fort Lauderdale, Florida for the resentencing hearing.

2. The United States Probation Office shall prepare an updated Presentence Investigation Report and provide copies to counsel and the Court by **May 27, 2020**.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 5th day of April, 2021.

                                              **RODOLFO A. RUIZ II**
                                              UNITED STATES DISTRICT JUDGE

cc:    All Parties of Record